# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139161

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANTHONY DIXON,
          Plaintiff-Appellant,

v

CHRYSLER L.L.C., f/k/a
DAIMLERCHRYSLER CORPORATION,
          Defendant-Appellee.

SC: 139161
COA: 289774
WCAC: 2007-000244

_____/

   On order of the Court, the application for leave to appeal the May 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

0921

Clerk